**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-1902**

_____

S. YASMIN MANEKIA,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals. (A-70-801-986)

_____

Submitted: May 16, 2000          Decided: May 25, 2000

_____

Before WILKINS, LUTTIG, and KING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Beverly Yeskolski, HYDER & GALSTON, Norfolk, Virginia, for Petitioner. David W. Ogden, Acting Assistant Attorney General, John J. Andre, Senior Litigation Counsel, Anthony Wray Norwood, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

S. Yasmin Manekia, a native and citizen of India, appeals from the decision and order of the Board of Immigration Appeals (Board) denying her applications for asylum, withholding deportation, and suspension of deportation. We have reviewed the record and find the Board correctly determined that Manekia did not meet the continuous presence requirement for suspension of deportation because she failed to accrue seven years of continuous physical presence prior to the initiation of deportation proceedings against her. See Appiah v. INS, 202 F.3d 704 (4th Cir. 2000). In her petition for review, Manekia fails to raise the Board's denial of her claims for asylum and withholding deportation, and we therefore decline to address those issues.

For these reasons, we deny Manekia's petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2